**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

ADDISON INSURANCE COMPANY,

    Plaintiff,

v.                                                                  CASE NO: 8:14-CV-2567-JSM-AEP

HUNT REAL ESTATE SERVICES, INC.,
HAMILTON E. HUNT, JR., SYNAXIS LAND
COMPANY, TE DEUM, LLC, BESHEART,
L.L.C., and JAMES R. MIKES,

    Defendants.
_____/

**FINAL DECLARATORY JUDGMENT**

THIS CAUSE, having come before the Court on the Joint Stipulation for Entry of Final Declaratory Judgment submitted by Plaintiff ADDISON INSURANCE COMPANY and Defendants HUNT REAL ESTATE SERVICES, INC., HAMILTON E. HUNT, JR., SYNAXIS LAND COMPANY, TE DEUM, LLC, BESHEART, L.L.C., and JAMES R. MIKES, it is hereby **ORDERED AND ADJUDGED** as follows:

1. Final Declaratory Judgment is hereby **ENTERED** in favor of Plaintiff ADDISON INSURANCE COMPANY and against Defendants HUNT REAL ESTATE SERVICES, INC., HAMILTON E. HUNT, JR., SYNAXIS LAND COMPANY, TE DEUM, LLC, BESHEART, L.L.C., and JAMES R. MIKES as follows:

1

    a. The ADDISON INSURANCE COMPANY insurance policies at issue [D.E. 1-4; D.E. 1-5; D.E. 1-6; D.E. 1-7] do not provide any coverage for the allegations raised by SYNAXIS LAND COMPANY, TE DEUM, LLC, BESHEART, L.L.C., and/or JAMES R. MIKES in the Underlying Lawsuit currently pending in the Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida, Case No. 14-CA-005697.

    b. ADDISON INSURANCE COMPANY has no duty to defend or indemnify any Defendant, insured, or any other person or entity with respect to the Underlying Lawsuit currently pending in the Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida, Case No. 14-CA-005697.

    c. Each Party shall bear its own fees and costs in this case, and ADDISON INSURANCE COMPANY shall not seek reimbursement of the attorneys' fees and costs it expended defending the Underlying Lawsuit, Case No. 14-CA-005697, from HUNT REAL ESTATE SERVICES, INC. OR HAMILTON E. HUNT, JR.

2. All pending motions are denied as moot.
3. The Clerk of Court is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida this 17th day of February, 2015.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies To:
Counsel/Parties of Record

S:\Odd\2014\14-cv-2567 stipulated judgment.docx